UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EILEEN MYERS, individually and on behalf of
all others similarly situated,

                    Plaintiff,

      -against-                                    20 **CIVIL** 8470 (NSR)

## **JUDGMENT**

WAKEFERN FOOD CORP.,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 1, 2022, Defendant's motion to dismiss is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2022

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                    **BY:**     K. Mango
                                                              **Deputy Clerk**